NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Appellant*

**v.**

**REALTIME ADAPTIVE STREAMING LLC,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-2281

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00209, IPR2019-01280.

---

## JUDGMENT

---

JAMES L. DAY, JR., Farella Braun & Martel LLP, San Francisco, CA, argued for appellant.  Also represented by DANIEL C. CALLAWAY, SUSHILA CHANANA.

PHILIP WANG, Russ August & Kabat, Los Angeles, CA, argued for appellee.  Also represented by C. JAY CHUNG, PAUL ANTHONY KROEGER, REZA MIRZAIE, JAMES S. TSUEI.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor.  Also represented by THOMAS W. KRAUSE, MONICA BARNES LATEEF, FARHEENA YASMEEN RASHEED.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>June 15, 2022</u>         /s/ Peter R. Marksteiner
    Date                 Peter R. Marksteiner
                         Clerk of Court